UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 3:13-CR-052-LRH-(VPC) |
| MATTHEW PIERCE, | ) ) ) | |
| Defendant. | ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on September 24, 2013, defendant MATTHEW PIERCE pled guilty to Count Two of a Two-Count Criminal Indictment charging him with Receipt of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(2). Indictment, ECF No. 1; Change of Plea, ECF No. 16; Plea Agreement, ECF No. 17.

This Court finds defendant MATTHEW PIERCE agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Indictment, ECF No. 1; Plea Agreement, ECF No. 17; Change of Plea, ECF No. 16.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant MATTHEW PIERCE pled guilty.

. . .

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2253:

1. One Philips 8 GB mp3 player (Serial No. MT1E1031073269);
2. One Sony Digital Media Player (Serial No. 5004676);
3. One Maxtor 120 GB hard drive (Serial No. Y3NPVT2E);
4. One Seagate 1000 GB hard drive (Serial No. 9TE1LEWN);
5. One Seagate 320 GB hard drive (Serial No. 6QF2ZT9W);
6. One Western Digital 2.0 TB hard drive (Serial No. WCAZAF744321)
7. One Western Digital 1.0 TB hard drive (Serial No. WMATV5658890)
8. One Seagate 200 GB hard drive (Serial No. ST3200822A);
9. One Maxtor hard drive (Serial No. G604MRGC);
10. One Maxtor hard drive (Serial No. B3QH8MTS);
11. One Maxtor 60 GB hard drive (Serial No. Y2R6NWCE);
12. One Maxtor hard drive (Serial No. V4054D4A);
13. One Maxtor 30 GB hard drive (Serial No. E14RET8F)
14. One Conner hard drive (Serial No. CFA1275A);
15. One Western Digital 1.5 TB (Serial No. WMAVU0405787);
16. One CE No. 533 hard drive (Serial No. MY-01K304-12571-1AK-0KCD);
17. One Maxtor hard drive (Serial No. K413TH8C);
18. One Soprano RS desktop computer (Serial No. VG7000BWSB0905003490);
19. Nine thumb drives;
20. Misc. CDs/CD-Rs; and
21. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Section 2252A ("property").

1       This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of MATTHEW PIERCE in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, NV 89501.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

      Greg Addington
      Assistant United States Attorney
      100 West Liberty Street, Suite 600
      Reno, NV 89501

. . .

. . .

. . .

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 27th day of September, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE