1
2
3
4
5

6         **UNITED STATES DISTRICT COURT**

7            **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,          )
                                        )
9               Plaintiff,              )
                                        )
10          v.                          )    3:13-CR-052-LRH-(VPC)
                                        )
11  MATTHEW PIERCE,                     )
                                        )
12              Defendant.              )

13        **FINAL ORDER OF FORFEITURE**

14        On September 30, 2013, the United States District Court for the District of Nevada entered a

15  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States

16  Code, Section 2253, based upon the plea of guilty by defendant MATTHEW PIERCE to the criminal

17  offense, forfeiting specific property alleged in the Indictment and agreed to in the Plea Agreement and

18  shown by the United States to have the requisite nexus to the offense to which defendant MATTHEW

19  PIERCE pled guilty. Indictment, ECF No. 1; Change of Plea, ECF No. 16; Plea Agreement, ECF No.

20  17; Preliminary Order of Forfeiture, ECF No. 19.

21        This Court finds the United States of America published the notice of forfeiture in accordance

22  with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

23  from October 2, 2013, through October 31, 2013, notifying all potential third parties of their right to

24  petition the Court. Notice of Filing Proof of Publication, ECF No. 20.

25        This Court finds no petition was filed herein by or on behalf of any person or entity and the

26  time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1.  One Philips 8 GB mp3 player (Serial No. MT1E1031073269);

2.  One Sony Digital Media Player (Serial No. 5004676);

3.  One Maxtor 120 GB hard drive (Serial No. Y3NPVT2E);

4.  One Seagate 1000 GB hard drive (Serial No. 9TE1LEWN);

5.  One Seagate 320 GB hard drive (Serial No. 6QF2ZT9W);

6.  One Western Digital 2.0 TB hard drive (Serial No. WCAZAF744321);

7.  One Western Digital 1.0 TB hard drive (Serial No. WMATV5658890);

8.  One Seagate 200 GB hard drive (Serial No. ST3200822A);

9.  One Maxtor hard drive (Serial No. G604MRGC);

10. One Maxtor hard drive (Serial No. B3QH8MTS);

11. One Maxtor 60 GB hard drive (Serial No. Y2R6NWCE);

12. One Maxtor hard drive (Serial No. V4054D4A);

13. One Maxtor 30 GB hard drive (Serial No. E14RET8F)

14. One Conner hard drive (Serial No. CFA1275A);

15. One Western Digital 1.5 TB (Serial No. WMAVU0405787);

16. One CE No. 533 hard drive (Serial No. MY-01K304-12571-1AK-0KCD);

17. One Maxtor hard drive (Serial No. K413TH8C);

18. One Soprano RS desktop computer (Serial No. VG7000BWSB0905003490);

19. Nine thumb drives;

20. Misc. CDs/CD-Rs; and

21. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Section 2252A.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 14th day of January, 2014.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE