# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW PIERCE,<br><br>　　　　Defendant. | Case No. 3:13-cr-00052-LRH-CSD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING**<br>**(FIRST REQUEST)** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender ALLIE WILSON, counsel for MATTHEW PIERCE and United States Attorney JASON M. FRIERSON, Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for April 4, 2024, at 1:30 PM, be vacated and continued to May 7, 2024, at 1:30 PM.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. Mr. Pierce is currently detained.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 29th day of March, 2024.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By /s/ Allie Wilson<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for MATTHEW PIERCE | By /s/ Randolph J. St. Clair<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for the Government |

2

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for April 4, 2024, at 1:30 p.m., be vacated and continued to May 7, 2024, at 1:30 p.m. before Judge Larry R. Hicks in Reno Courtroom 3.

IT IS SO ORDERED.

DATED this 1st day of April, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE